Form 3A
(10-05)

# United States Bankruptcy Court

### District Of _____ Illinois _____

In re _Wilson, Anthony L & Helena P._
          Debtor

Case No _07-21431_

Chapter _7_

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _299_ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ _100.00_   Check one ☑ With the filing of the petition, or
                          ☐ On or before _____

   $ _100.00_   on or before _12-14-07_

   $ _99.00_   on or before _01-14-08_

   $ _____   on or before _____

**FILED**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

NOV 15 2007

KENNETH S. GARDNER, CLERK
PS REP. · SJ

\* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____   _____
Signature of Attorney                 Date

_Anthony Wilson_   _11-15-07_
Signature of Debtor                   Date
(In a joint case, both spouses must sign.)

_____
Name of Attorney

_Helena Wilson_   _11-15-07_
Signature of Joint Debtor (if any)    Date

Form 3A Contd.
(10/05)

# United States Bankruptcy Court

_____ District Of _____ Illinois ____

In re _____,
                    Debtor

Case No. _____

Chapter _____

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐      IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing
application.

☐      IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____     Check one  ☐    With the filing of the petition, or
                               ☐    On or before _____

$ _____     on or before _____

$ _____     on or before _____

$ _____     on or before _____

☐      IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional
payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: _____.

_____
_United States Bankruptcy Judge_